12251.   ELROD *v.* THE STATE.

BROYLES, C. J. The bill of exceptions in this case, containing no assignment of error, must be dismissed.

*Writ of error dismissed. Luke and Bloodworth, JJ., concur.*
DECIDED MAY 11, 1921.

Indictment for misdemeanor; from Tift superior court — Judge Eve. January 22, 1921.

*Smith & Christian,* for plaintiff in error.

*R. S. Foy, solicitor-general,* contra.